**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DAQUAN DONNELL LEE CARTER,

     Plaintiff,

     v.

FIRST ADVANTAGE
BACKGROUND SERVICES CORP.,

     Defendant.

Case No. 1:24-cv-01860-MLB-JSA

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff DAQUAN DONNELL LEE CARTER and Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that this action and all claims asserted therein shall be dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

DAQUAN DONNELL LEE CARTER

FIRST ADVANTAGE
BACKGROUND SERVICES CORP.

*/s/ Devin H. Fok*

Devin H. Fok (*pro hac vice*)
devin@devinfoklaw.com
DHF LAW, P.C.
2304 Huntington Drive, Suite 210
San Marino, California 91108
Telephone: (888) 651-6411
Facsimile:  (818) 484-2023

Craig Edward Bertschi
Georgia Bar No. 055739
ceb@mcraebertschi.com
MCRAE BERTSCHI & COLE LLC
1872 Independence Square, Ste D
Dunwoody, Georgia 30338
Telephone: (678) 999-1102

Attorneys for Plaintiff

Date: January 27, 2025

*/s/  Esther Slater McDonald*

Frederick T. Smith
Georgia Bar No. 657575
fsmith@seyfarth.com
Esther Slater McDonald
Georgia Bar No. 649005
emcdonald@seyfarth.com
Connor M. Bateman
Georgia Bar No. 226850
cbateman@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile:  (404) 892-7056

Attorneys for Defendant

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DAQUAN DONNELL LEE CARTER,

    Plaintiff,

v.

FIRST ADVANTAGE
BACKGROUND SERVICES CORP.,

    Defendant.

Case No. 1:24-cv-01860-MLB-JSA

**<u>CERTIFICATE OF SERVICE</u>**

    I certify that on January 27, 2025, I filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

                */s/ Esther Slater McDonald*
                Esther Slater McDonald